# EXHIBIT C

130

Robert Bowers on 6/20/17 was ask to pull out of a job and start setting up and weld a job that I had pulled for him. This was a hot job that needed to ship that day. When I came back five minuet later he was still welding the same job. When I ask him why he started yelling at me dropping the F-bomb and sticking his finger in my face. He was real combative and argumentive. In his speech, he kept repeting himself and made no sense of what he was trying to say. As I walk back to my desk Ted & Tim Lyle witness his aggressives. disruptive behavior. He followed me back to my desk and continued to be aggressive, and combative toward Ted and Tim Lyle. As he was talking loud he was repetive and made no sense of what he was saying. We manager & felt he was not acting right and sent to get check out by a doctor.