# EXHIBIT G



UNITED STATES GOVERNMENT
**NATIONAL LABOR RELATIONS BOARD**
REGION 7
Patrick V. McNamara Federal Building
477 Michigan Avenue, Room 300
Detroit, MI 48226

Agency Website: www.nlrb.gov
Telephone: (313)226-3200
Fax: (313)226-2090

August 16, 2018

Robert Bownes
217 W Paterson St
Kalamazoo, MI 49007-2559

Re: Local 412, Glass, Molders, Pottery, Plastics
and Allied Workers International Union
(GMP), AFL-CIO (Borroughs Corporation)
Case 07-CB-222897

Dear Mr. Bownes:

We have carefully investigated and considered your charge that Local 412, Glass, Molders, Pottery, Plastics and Allied Workers International Union (GMP), AFL-CIO has violated the National Labor Relations Act.

**Decision to Dismiss:** Based on that investigation, I have decided to dismiss your charge because the charge was filed outside the period set forth in Section 10(b) of the Act.

**Your Right to Appeal:** You may appeal my decision to the General Counsel of the National Labor Relations Board, through the Office of Appeals.

**Means of Filing**: An appeal may be filed electronically, by mail, by delivery service, or hand-delivered. To file electronically using the Agency's e-filing system, go to our website at www.nlrb.gov and:

1) Click on E-File Documents;
2) Enter the NLRB Case Number; and,
3) Follow the detailed instructions.

Electronic filing is preferred, but you also may use the enclosed Appeal Form, which is also available at www.nlrb.gov. You are encouraged to also submit a complete statement of the facts and reasons why you believe my decision was incorrect. To file an appeal by mail or delivery service, address the appeal to the **General Counsel** at the **National Labor Relations Board, Attn: Office of Appeals, 1015 Half Street SE, Washington, DC 20570-0001**. Unless filed electronically, a copy of the appeal should also be sent to me.

The appeal MAY NOT be filed by fax or email. The Office of Appeals will not process faxed or emailed appeals.

**Appeal Due Date:** The appeal is due on **August 30, 2018**. If the appeal is filed electronically, the transmission of the entire document through the Agency's website must be completed **no later than 11:59 p.m. Eastern Time** on the due date. If filing by mail or by delivery service an appeal will be found to be timely filed if it is postmarked or given to a delivery service no later than August 29, 2018. **If an appeal is postmarked or given to a**

Local 412, Glass, Molders, Pottery, Plastics    - 2 -    August 16, 2018
and Allied Workers International Union
(GMP), AFL-CIO (Borroughs Corporation)
Case 07-CB-222897

**delivery service on the due date, it will be rejected as untimely.** If hand delivered, an appeal must be received by the General Counsel in Washington D.C. by 5:00 p.m. Eastern Time on the appeal due date. If an appeal is not submitted in accordance with this paragraph, it will be rejected.

**Extension of Time to File Appeal:** The General Counsel may allow additional time to file the appeal if the Charging Party provides a good reason for doing so and the request for an extension of time is **received on or before August 30, 2018.** The request may be filed electronically through the *E-File Documents* link on our website www.nlrb.gov, by fax to (202)273-4283, by mail, or by delivery service. The General Counsel will not consider any request for an extension of time to file an appeal received after August 30, 2018, **even if it is postmarked or given to the delivery service before the due date.** Unless filed electronically, a copy of the extension of time should also be sent to me.

**Confidentiality:** We will not honor any claim of confidentiality or privilege or any limitations on our use of appeal statements or supporting evidence beyond those prescribed by the Federal Records Act and the Freedom of Information Act (FOIA). Thus, we may disclose an appeal statement to a party upon request during the processing of the appeal. If the appeal is successful, any statement or material submitted with the appeal may be introduced as evidence at a hearing before an administrative law judge. Because the Federal Records Act requires us to keep copies of case handling documents for some years after a case closes, we may be required by the FOIA to disclose those documents absent an applicable exemption such as those that protect confidential sources, commercial/financial information, or personal privacy interests.

                                                                                Very truly yours,

                                                                                Terry Morgan
                                                                                Regional Director

Enclosure

cc:     Virgil Slack, President                               Erin Annis
        Local 412, Glass, Molders, Pottery, Plastics     Borroughs Corporation
        and Allied Workers International Union        3002 N Burdick St
        (GMP), AFL-CIO                                      Kalamazoo, MI 49004-3483
        1507 8th St
        Three Rivers, MI 49093-1778

Local 412, Glass, Molders, Pottery, Plastics    - 3 -    August 16, 2018
and Allied Workers International Union
(GMP), AFL-CIO (Borroughs Corporation)
Case 07-CB-222897

    Amy J. Zdravecky, Esq.
    Miller, Canfield, Paddock and Stone, P.L.C.
    225 West Washington Street, Suite 2600
    Chicago, IL 60606



**UNITED STATES GOVERNMENT**
**NATIONAL LABOR RELATIONS BOARD**
OFFICE OF THE GENERAL COUNSEL
Washington, DC 20570

October 30, 2018

ROBERT BOWNES
217 W PATERSON ST
KALAMAZOO, MI 49007-2559

Re: Local 412, Glass, Molders, Pottery, Plastics
and Allied Workers International Union
(GMP), AFL-CIO (Borroughs Corporation)
Case 07-CB-222897

Dear Mr. Bownes:

Your appeal from the Regional Director's refusal to issue complaint has been carefully considered. The appeal is denied.

Section 10(b) of the National Labor Relations Act prohibits issuance of a complaint on any alleged unfair labor practice occurring more than six months prior to the filing and service of the unfair labor practice charge. Here, the probative evidence established that the Employer terminated your employment in June 2017. Soon after your termination, the Union informed you that it was not going to pursue a grievance over your discharge. You filed the instant charge approximately a year later, on June 28, 2018. Since you filed the instant charge more than six-months after the Union notified you of its decision, your charge is untimely. Accordingly, further proceedings are not warranted.

Sincerely,

Peter Barr Robb
General Counsel

*Mark E. Arbesfeld*

By: _____
Mark E. Arbesfeld, Director
Office of Appeals

Local 412, Glass, Molders, Pottery, Plastics
and Allied Workers International Union
(GMP), AFL-CIO (Borroughs Corporation)
Case 07-CB-222897                                                                -2

cc:   TERRY MORGAN                              VIRGIL SLACK, PRESIDENT
      REGIONAL DIRECTOR                         LOCAL 412, GLASS, MOLDERS,
      NATIONAL LABOR RELATIONS                   POTTERY, PLASTICS AND ALLIED
       BOARD                                     WORKERS INTERNATIONAL UNION
      PATRICK V. MCNAMARA FEDERAL               (GMP), AFL-CIO
       BLDG                                     1507 8TH ST
      477 MICHIGAN AVE RM 300                   THREE RIVERS, MI 49093-1778
      DETROIT, MI 48226

      ERIN ANNIS                                AMY J. ZDRAVECKY, ESQ.
      BORROUGHS CORPORATION                     MILLER, CANFIELD, PADDOCK AND
      3002 N BURDICK ST                          STONE, P.L.C.
      KALAMAZOO, MI 49004-3483                  225 W WASHINGTON ST STE 2600
                                                CHICAGO, IL 60606

kh