UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_____

ROBERT EARLE BOWNES,

    Plaintiff,                                 Case No:   1:20-cv-00964
                                                   Honorable:   Hala Y. Jarbou

v.

                                                   Mag. Judge: Phillip Green Magistrate

BORROUGHS CORPORATION,

    Defendant.
_____/

| ROBERT E. BOWNES | GORDON & REES, LLP |
|---|---|
| In Pro Per | Jeffrey C. Hart (P69217) |
| 217 W. Paterson Street | *Attorneys for Defendant* |
| Kalamazoo, MI 49007 | 400 Renaissance Center, Suite 2600 |
| (269) 345-0845 | Detroit, MI 48243 |
| mgbownes@gmail.com | (248) 417-7829 |
| | jhart@grsm.com |

## **ORDER OF DISMISSAL WITH PREJUDICE**

On:   November 29, 2021

PRESENT:
HON.  Hala Y. Jarbou
Hala Y. Jarbou

Upon stipulation of the parties herein, and the Court being otherwise fully advised;

**IT IS HEREBY ORDERED** that Plaintiff ROBERT E. BOWNES and Defendant BORROUGHS CORPORATION, by and through its counsel Gordon & Rees, LLP, do hereby stipulate and agree to dismiss any and all claims against Defendant BORROUGHS CORPORATION in this matter with prejudice and without costs or fees to any party. Therefore,

**IT IS SO ORDERED.**

*This is a final order and resolves the last pending claim.*

Dated: November 29, 2021            __/s/ Hala Y. Jarbou_____
                                    HALA Y. JARBOU
                                    UNITED STATES DISTRICT JUDGE